UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **EDCV 22-2239-MWF(JPR)** | Date: June 14, 2023 |
| Title **Earl James Robbins, Sr. v. S. Liebsack, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE**

The Complaint in this action was filed on December 19, 2022.  (Docket No. 1).  The Complaint was accompanied by Plaintiff's Request to Proceed Without Prepayment of Filing Fees (the "IFP Request").  (Docket No. 2).

On January 12, 2023, the Court filed an Order denying Plaintiff's IFP Request.  (Docket No. 4).  Plaintiff was ordered to pay the $402 filing and administrative fee in full within 30 days.  (*Id.*)  On February 9, 2023, Plaintiff filed a request for additional time to pay the fees.  (Docket No. 5).  The first request was granted and Plaintiff's deadline to pay the fees was extended to March 30, 2023.  (Docket No. 6).  On March 30, 2023, Plaintiff filed a second request for additional time to pay the fees.  (Docket No. 7).  The second request was granted and Plaintiff's deadline to pay the fees was again extended, to May 30, 2023.  (Docket No. 8).  On May 15, 2023, Plaintiff filed a statement, which does not justify a further extension, even if deemed an implicit request.  (Docket No. 9).

As of June 13, 2023, Plaintiff has failed to pay the required filing and administrative fee, and no further extension has been requested.  Accordingly, this case is hereby ORDERED DISMISSED without prejudice.

IT IS SO ORDERED.